MICHAEL W. BERDINELLA, SBN: 085038
Law Office of Michael W. Berdinella
726 West Barstow, Suite 100
Fresno, CA 93704
Phone: (559) 436-8000
Fax:    (559) 436-8900

Attorney for Defendant,
Jason Alan Brewer

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:12-CR-00311 AWI-DLB |
| Plaintiff, | **STIPULATION OF COUNSEL FOR MODIFICATION OF CONDITIONS OF RELEASE FOR DEFENDANT JASON ALAN BREWER; ORDER** |
| vs. | |
| JASON ALAN BREWER, | |
| Defendant. | |

It is hereby Stipulated by Counsel, that effective December 26th, 2012, the Court Orders of Release will be modified to allow the Defendant, Jason Alan Brewer to exit from the Inpatient Program at WestCare and be released into a Sober Living Program. The prior Court Order stating that the Defendant Mr. Jason Brewer be placed with inpatient care at WestCare will be deleted effective December 26th, 2012. Further, that the language making WestCare Mr. Jason Brewer's Third Party Custodian will be deleted, effective December 26th, 2012.

That as a condition of release Defendant Jason Alan Brewer will engage in Moral Reconation Therapy, "MRT", and shall participate in a Cognitive Behavioral Treatment Program, as directed by the Pre-Trial Services Officer. The Defendant will remain at Inpatient Care at WestCare until December 26th, 2012, at which time he will be released by WestCare into a Sober Living Program. All other Court Orders, except those hereby modified, shall remain in full force and affect.

IT IS SO STIPULATED

Dated: December    19   , 2012                    /Michael W. Berdinella/
                                                  Michael W. Berdinella
                                                  Attorney for Jason Alan Brewer

Dated: December    19   , 2012                     /Grant B. Rabenn/
                                                  Grant B. Rabenn
                                                  Assistant United States Attorney

ORDER

Good cause appearing, it is hereby ordered that the STIPULATION OF COUNSEL FOR MODIFICATION OF CONDITIONS OF RELEASE FOR DEFENDANT JASON ALAN BREWER shall become the order of this court. All previous orders of this Court and Conditions of Release shall remain in full force and effect, except those hereby modified.

IT IS SO ORDERED.

Dated:    **December 21, 2012**              **/s/ Sheila K. Oberto**
                                             UNITED STATES MAGISTRATE JUDGE

STIPULATION OF COUNSEL - 2