MICHAEL W. BERDINELLA, SBN: 085038
Law Office of Michael W. Berdinella
726 West Barstow, Suite 100
Fresno, CA 93704
E-mail: lawmwb@sbcglobal.net
Phone: (559) 436-8000
Fax:    (559) 436-8900

Attorney for Defendant,
Jason Alan Brewer



# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:12-CR-00311-AWI |
| Plaintiff, | MOTION TO EXONERATE THE CASH BOND AND [PROPOSED] ORDER THEREON |
| vs. | |
| JASON ALAN BREWER, | |
| Defendant. | |

Defendant Jason Alan Brewer hereby moves this Court for an Order to exonerate the cash bond in the above-captioned case.

Defendant Jason Alan Brewer, appeared in this matter before Honorable Barbara A. McAuliffe, United States Magistrate Judge, and was ordered released from custody under supervision of Pretrial Services and a $1,000 cash bond. A cash bond was posted (receipt #CAE100020151) on behalf of Jason Alan Brewer by Sharon Boutte, on September 25, 2012.

On June 10, 2013, Jason Alan Brewer appeared, as required, before the Honorable Anthony W. Ishii, United States District Court Judge, for sentencing and thereafter surrendered himself to the Bureau of Prisons to serve his sentence. Mr. Brewer has now completed his sentence at the Bureau of Prisons. All the requirements of pretrial release have been fully satisfied in this case. Defendant Brewer now requests that the court exonerate the $1,000 cash bond set by this court.

Dated: August 21, 2014

Respectfully submitted,

/s/ *Michael W. Berdinella*
Michael W. Berdinella
Attorney for Jason Alan Brewer

## ORDER

IT IS HEREBY ORDERED that the $1,000 cash bond in the above-captioned case be exonerated.

Dated: August 22, 2014

Honorable Anthony W. Ishii
United States District Judge