LAW OFFICE OF EMILY DELEON
Emily DeLeon, SBN296416
1318 K. Street
Bakersfield, CA 93301
Tel: (661)402-5803
Email: emily@lawdeleon.com

Attorney for:
JASON ALAN BREWER

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 12-cr-00311 DAD-BAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE |
| JASON ALAN BREWER, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE STANLEY BOONE AND JOSEPH BARTON, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, JASON ALAN BREWER, by and through his attorney of record, EMILY DELEON hereby requesting that the status conference hearing currently set for November 12, 2019, to be continued to November 18, 2019 or another date at the court's convenience.

I have spoken to AUSA JOSEPH BARTON, and he has no objection to continuing the status conference hearing. I am scheduled for a multi-defendant preliminary hearing in Kern County at 1:30 p.m. on November 12, 2019 so will be unavailable.

**IT IS SO STIPULATED.**

DATED: November 7, 2019

Respectfully Submitted,
*/s/ Emily DeLeon*
EMILY DELEON
Attorney for Defendant
JASON ALAN BREWER

1

DATED: November 7, 2019              */s/Joseph Barton*
                                     JOSEPH BARTON
                                     Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED that the status conference set on November 12, 2019 be continued to November 18, 2019 at 2:00 p.m.

IT IS SO ORDERED.

Dated:   **November 7, 2019**           _____
                                        UNITED STATES MAGISTRATE JUDGE

2