```
1  LAW OFFICE OF EMILY DELEON
   EMILY DELEON, SBN 296416
2  1318 K Street
   Bakersfield, CA 93301
3  Tel: (661) 326-0857
4  Email: emily@lawdeleon.com

5  Attorney for:
   JASON ALAN BREWER
6
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 12-cr-00311 DAD-BAM |
|---|---|
| Plaintiff | |
| JASON ALAN BREWER, | |
| Defendants. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE JUDGE BARBARA A. MCAULIFFE, JOSEPH BARTON, ASSISTANT UNITED STATES ATTORNEY; AND JOSE PULIDO, UNITED STATES PROBATION OFFICER:

**COMES NOW** Defendant, JASON ALAN BREWER, by and through his attorney of record, EMILY DELEON, hereby requesting that the Status Conference currently set for Monday, December 2, 2019 be continue to Monday, December 9, 2019 at 2:30 p.m. in front of Honorable Judge Barbara A. McAuliffe in Fresno, CA. The parties have more to discuss and discovery to review.

**IT IS SO STIPULATED.**

DATED: 11/27/19

Respectfully Submitted,
*/s/ Emily Deleon*_____
EMILY DELON
Attorney for Defendant
JASON ALAN BREWER

DATED: 11/27/19                    */s/ Joseph Barton*____

1

JOSEPH BARTON
Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED that the Status Conference is continued from December 2, 2019 to December 9, 2019 at 2:00 PM before Magistrate Judge Erica P. Grosjean.

IT IS SO ORDERED.

Dated: **November 27, 2019**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE